IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  CHRISTOPHER A. HATCHER,  Defendant. | 8:21CR82  ORDER |

This matter is before the Court on defendant Christopher A. Hatcher's ("Hatcher") *pro se* motion for the appointment of counsel (Filing No. 77) to advise and assist him with respect to Amendment 821 to the United States Sentencing Guidelines. On November 1, 2023, the Court entered General Order No. 2023-09 in Hatcher's case and appointed the Federal Public Defender for the District of Nebraska to represent him on that issue (Filing No. 78). That appointment makes Hatcher's motion moot. *See McCarthy v. Ozark Sch. Dist.*, 359 F.3d 1029, 1035 (8th Cir. 2004) (explaining a matter is moot when "changed circumstances already provide the requested relief and eliminate the need for court action"). Accordingly,

IT IS ORDERED:

1. Defendant Christopher A. Hatcher's *pro se* motion for the appointment of counsel (Filing No. 77) is denied as moot.
2. The Clerk of Court is directed to send a copy of this Order and General Order No. 2023-09 to Hatcher at his address of record.

Dated this 3rd day of November 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge